

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| *Plaintiff,* | SEALED |
| v. | Case No. |
| AMANDA LYNN HOWERTON, | CR 23-140 RAW |
| *Defendant.* | |

FILED
AUG 0 9 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

## INDICTMENT

The Federal Grand Jury charges:

### COUNTS ONE THROUGH THREE

### SEXUAL EXPLOITATION OF A CHILD/
### USE OF A CHILD TO PRODUCE A VISUAL DEPICTION
### [18 U.S.C. §§ 2251(a) & (e)]

On or about the dates set forth below, each date being a separate count and a violation of Title 18, United States Code, Section 2251 (a) & (e), within the Eastern District of Oklahoma, the defendant, **AMANDA LYNN HOWERTON,** did employ, use, persuade, induce, entice, and coerce S.H., a minor, to engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, and that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and attempted to do so:

| Count | Date | Image Name |
|---|---|---|
| 1 | 01/22/2023 | Image ending in 4464 |

| | | |
|---|---|---|
| 2 | 01/23/2023 | Image ending in 4478 |
| 3 | 01/23/2023 | Image ending in 4476 |

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE ALLEGATION
## [18 U.S.C. § 2253]

1. The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of any of the violations charged in Counts One through Three of this Indictment involving violations of Title 18, United States Code, Sections 2251(a) and (e), the defendant, **AMANDA LYNN HOWERTON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title and interest in:

    a) any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

    b) any property, real or personal, constituting, or traceable to gross profits or other proceeds obtained from such offense; and

    c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property subject to forfeiture, pursuant to Title 18, United States Code, Section 2253, includes, but is not limited to the following items: Motorola Cellular Phone, IMEI 356888113026064, Model XT2115DL.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

_____
MORGAN MUZLJAKOVICH, OBA #32852
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
_____
FOREPERSON OF THE GRAND JURY