# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | |
| | **)** | Case No.:   CR-23-140-RAW |
| Plaintiff, | **)** | |
| **v.** | **)** | Date:   10/05/2023 |
| | **)** | |
| AMANDA LYNN HOWERTON | **)** | Time:   3:00 pm – 3:12 pm |
| Defendant. | **)** | |

## MINUTE SHEET – VIDEO CONFERENCE ARRAIGNMENT

U.S. Magistrate Judge, Jason A. Robertson     Joe Church, Deputy Clerk     FTR Courtroom:  3 - Room 432

Counsel for Plaintiff:     Morgan Muzljakovich, AUSA (via video)

Counsel for Defendant     Ryhder Jolliff, AFPD (via video)

☒  Defendant gives consent to proceed by video conference

## MINUTES

Said Cause came on for Video Conference Arraignment on 10/5/2023. Due to technical difficulties, Arraignment/Detention Hearing is reset for 10/10/2023 at 10:00 AM in person in Courtroom 3. Defendant to remain in custody pending Arraignment/Detention Hearing.

☒  The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: JC