IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br>v.<br><br>AMANDA LYNN HOWERTON,<br><br>*Defendant.* | Case No. CR-23-140-RAW |

**PROTECTIVE ORDER GOVERNING DISCOVERY**

Upon the motion of the United States, having found good cause exists to regulate the dissemination of discovery pursuant to Federal Rule of Criminal Procedure 16(d), it is hereby ORDERED:

1. In order to encourage early, broad, and expansive discovery in this case, and to protect the safety and privacy interests of witnesses, Defendant, Defendant's attorney of record (including any additional or new counsel that may appear on behalf of Defendant after such protective order is issued), experts retained by Defendant's attorney of record, and agents, employees, or staff members of Defendant's attorney of record who are necessary to assist the attorney of record in preparation for trial in this case (together, the "Defense Team"):

    a. Shall use the reports from Oklahoma Department of Human Services produced by the Government as discovery in this case ("reports from Oklahoma Department of Human Services") solely for purposes associated with the above-captioned criminal case and shall not use or disclose the "reports from Oklahoma Department of Human Services" for any other purpose, including for any other administrative, regulatory, civil, or criminal proceeding (other than proceedings arising from this prosecution under

1

28 U.S.C. § 2255), regardless of jurisdiction, unless specifically permitted and ordered by this Court;

      b.      Shall comply with the requirements of Federal Rule of Criminal Procedure 49.1(a) when filing the "reports from Oklahoma Department of Human Services" with this Court (unless such materials are filed under seal);

      c.      Shall redact the victims' and witnesses' names from the "reports from Oklahoma Department of Human Services" filed with this Court (unless such materials are filed under seal);

      d.      Shall identify the victims and witnesses in all publicly filed or disseminated documents by initials or a generic name, such as "Victim 1" (unless such documents are submitted under seal);

      e.      Shall keep the "reports from Oklahoma Department of Human Services" that disclose the victims' and witnesses' names or any other information concerning the victims in a secure place to which no person other than members of the Defense Team has access;

      f.      Shall not, directly or indirectly, including through family members or other personal contacts, contact or attempt to contact the witnesses in this case; *provided*, however, that this prohibition does not prohibit Defendant's attorney of record, or an agent, staff member, or employee for Defendant's attorney of record, from contacting potential witnesses;

      g.      Shall not disseminate or show the "reports from Oklahoma Department of Human Services" or information contained therein to persons or parties who are not members of the Defense Team;

  h. Shall not reproduce the "reports from Oklahoma Department of Human Services" provided by the United States pursuant to its discovery obligations, in any medium or format, for dissemination to any persons or parties, including Defendant, and shall maintain complete custody and control over the materials, including all notes and copies;

  i. Shall not allow, under any circumstance, any originals, copies, or summaries of the following "reports from Oklahoma Department of Human Services", in any medium or format, to remain with Defendant or any person outside of the Defense Team, or to be left in any detention facility for review outside of the presence of Defendant's attorney of record.  Defendant's attorney of record also agrees not to show any such materials, memoranda, or witness interviews to any witness in the case, except for any transcribed testimony or written statement signed or expressly adopted by that witness);

  j. Shall not disclose any notes or records of any kind that concern or otherwise relate to the contents of the "reports from Oklahoma Department of Human Services" except to members of the Defense Team, and all such notes or records are to be treated in the same manner as the original discovery materials; and

  k. Shall, upon conclusion of all matters relating to this criminal case, destroy or return all materials produced by the United States as discovery in this case. This Court may require a certification as to the disposition of any such materials.

2. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

Dated this 23rd day of October, 2023.

                                                RONALD A. WHITE
                                                UNITED STATES DISTRICT JUDGE