IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA LYNN HOWERTON,<br><br>Defendant. | Case No. 23-CR-140-RAW |

### DEFENDANT AMANDA LYNN HOWERTON'S NOTICE OF INTENT TO PLEAD GUILTY

Defendant Amanda Lynn Howerton intends to plead guilty to Count One of the Indictment: Sexual Exploitation of a Child (18 U.S.C. § 2251(a), (e)). This plea is *not* made under a plea agreement.

The undersigned counsel is available for a Change of Plea Hearing on February 5-7, 2024.

Dated: January 29, 2024.

Respectfully submitted,

**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
Scott A. Graham, Federal Public Defender

By: *s/Rhyder M. Jolliff*
Rhyder M. Jolliff, OBA No. 35145
Assistant Federal Public Defender
112 N. 7th Street
Muskogee, Oklahoma 74401
d: 918-687-2430 | e: *rhyder_jolliff@fd.org*
*Counsel for Defendant Amanda Lynn Howerton*

## CERTIFICATE OF SERVICE

I certify that on January 29, 2024, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Morgan Muzljakovich
*Morgan.Muzljakovich@usdoj.gov*
Assistant United States Attorney

*s/Rhyder M. Jolliff*
Rhyder M. Jolliff